IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TOMMY HALL                                                                                               PLAINTIFF

V.                                              CASE NO. 11-CV-4055

PROSECUTING ATTORNEY
CARLTON JONES; KATE
CARTER, Prosecuting Attorney;
J. SAVAGE, Seizing Officer;
STATE OF ARKANSAS; and
GENE SMITH, Director, State
Drug Director's Office                                                                              DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed September 27, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 14).  Judge Bryant recommends that Plaintiff's case be dismissed with prejudice because the claims are barred by the statute of limitations.  Plaintiff has responded with objections. (ECF No. 16).  After reviewing the record *de novo*, the Court adopts Judge Bryant's Report and Recommendation as its own.

The magistrate judge found that this case is subject to dismissal as the claims are barred by the statute of limitations.  The Court has reviewed Thompson's objections to the magistrate judge's findings, and the Court finds that the objections are without merit.  Accordingly, for the reasons stated in Judge Bryant's Report and Recommendation (ECF No. 14), Plaintiff's case is **DISMISSED WITH PREJUDICE**.  The Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 26th day of October, 2011.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge